# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2656
_____

ANTWAN L. WILSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.


February 19, 2025

PER CURIAM.

    Antwan L. Wilson appeals following a conviction for first-degree murder with a firearm and shooting into, at, or within an occupied vehicle. Based on our review of the record, we affirm the judgment and sentence.*

    AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

    * *See Anders v. California,* 386 U.S. 738 (1967).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Valarie Linnen, Attorney at Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.